UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

vs.

Trans Union LLC, Beneficial-Household Finance Corporation, sued as Beneficial-Household Finance, CSC Credit Services, Inc. and Equifax Credit Information Services,

Defendants.

Civil No. 01-421 (RHK/JGL)

**ORDER TO SHOW CAUSE**

---

On March 7, 2001, attorneys Thomas J. Lyons and Thomas J. Lyons, Jr. caused to be filed in this Court complaints in the following actions:

> Cheryl Ziemer and William Ziemer, Jr. vs. CSC Credit Services, Inc. and Equifax Credit Information Services (CV-01-420);
>
> Cheryl Ziemer and William Ziemer, Jr. vs. Beneficial-Household Finance Corporation (CV-01-422); and
>
> Cheryl Ziemer and William Ziemer, Jr. vs. Trans Union, LLC, Beneficial-Household Finance Corporation, CSC Credit Services, Inc. and Equifax Credit Information Services (CV-01-421).

On March 14, 2001, the Complaint in CV-01-420, which had been assigned to Chief Judge Paul A. Magnuson, was voluntarily dismissed.

On March 21, 2001, the Complaint in CV-01-422, which had also been assigned to Chief Judge Paul A. Magnuson, was voluntarily dismissed.

FILED APR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

On March 30, 2001, the Complaint in CV-01-421, which had been assigned to the undersigned, was amended to add the defendants, and claims against those defendants, listed in the previously dismissed cases (CV-01-420 and CV-01-422).

In filing the three actions described above, counsel failed to advise the Clerk of Court that these were related cases. It appears to the undersigned that the sole reason for filing the three separate complaints was to allow counsel to determine which judge would hear the Plaintiffs' claims and avoid the random selection process in effect in the Court for the selection of judges.

Based on the foregoing, **IT IS ORDERED** that attorney Thomas J. Lyons, Thomas J. Lyons, Jr., the Consumer Justice Center, and Lyons & Associates, shall each show cause before this Court as to why the attorneys' conduct described above does not constitute the filing of pleadings for an improper purpose in violation of subdivision (b)(1) of Rule 11 of the Federal Rules of Civil Procedure and why sanctions should not be imposed in accordance with subdivision (c)(1)(B) of Rule 11 of the Federal Rules of Civil Procedure.

Attorney Thomas J. Lyons, Thomas J. Lyons, Jr., and the Consumer Justice Center and Lyons & Associates, shall file with the undersigned, on or before May 9, 2001, a

written response to this Order to Show Cause; if oral argument or an evidentiary hearing is deemed necessary, counsel will be notified.

Dated: April 26, 2001

RICHARD H. KYLE
United States District Judge