**UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiff,

vs.

Beneficial-Household Finance; Trans Union LLC; CSC Credit Services Inc.; and Equifax Credit Information Services,

Defendants.

Court File No. 01-CV-421 RHK/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO ANSWER TO COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Cheryl Ziemer and William Ziemer, Jr. ("Plaintiffs") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until June 20, 2001, in the time available to answer Plaintiff's Complaint.

Dated: June 6, 2001

THOMAS J. LYONS & ASSOCIATES

By:______________________________
Thomas J. Lyons, Sr.
342 East County Road D
Little Canada, MN 55117
Little Canada, MN 55117
Telephone: 651-770-9707

CONSUMER JUSTICE CENTER, PA.
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFF

FILED JUN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: June 6, 2001

SHAPIRO PROFESSIONAL ASSOCIATION

By: [signature]

Susan D. Holappa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendants Trans Union LLC shall be and is granted an extension until June 20, 2001, in the time available to answer Plaintiff's Complaint.

Dated: June 6, 2001

BY THE COURT:

[signature]

Susan Richard Nelson
United States Magistrate Judge