24/083

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101, Phone: (651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number: 01-421 RHK/SRN** **Case Title:** Cheryl Ziemer and William Ziemer, Jr. v. Trans Union LLC, et. al.

**Affidavit of Movant**

I, Susan D. Holappa, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel O. Halvorsen, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the Defendant Trans Union LLC in the case listed below. I am aware that the local rules of this court require that I participate in the presentation of the case listed below, and that I accept service of all papers served.

Susan D. Holappa (signature) — Signature
172741 — MN Attorney License #
July 5, 2001 — Date

**Affidavit of Proposed Admittee**

I, Daniel O. Halvorsen, am currently a member in good standing for the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Daniel O. Halvorsen — Type/Print Name
Daniel O. Halvorsen (signature) — Signature
June 25, 2001 — Date

Attorney License Number: 6225111
Law Firm Name & Address:
Piper Marbury Rudnick & Wolfe
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601-1293
Telephone: (312) 368-7051

Motion Granted: Richard H. Sletten (signature) JUL 06 2001
For the Court: Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admissions fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________