UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

vs.

Trans Union LLC, Beneficial-Household Finance Corporation, sued as Beneficial-Household Finance, CSC Credit Services, Inc. and Equifax Credit Information Services,

Defendants.

Civil No. 01-421 (RHK/JGL)

**ORDER TO SHOW CAUSE**

---

Before the Court are the responses of Thomas J. Lyons and Thomas J. Lyons, Jr. to the April 26, 2001 Order to Show Cause. The Court is satisfied[1] with the explanations given and the assurances that such conduct will not be repeated. Accordingly, the Order to Show Cause is **DISCHARGED**.

Dated: July 13, 2001

RICHARD H. KYLE
United States District Judge

---

[1]Attorney Thomas J. Lyons, Jr. appears to take the position that Rule 11 does not apply to him because he "personally did not execute any of the pleadings at issue" and "did not specially affix [his] signature to any of the Ziemer complaints . . . ." Rule 11 is not so narrow. It is applicable to any attorney who presents to the Court ("whether by signing, filing, submitting . . .") any pleading for an "improper" purpose. By allowing his name to appear on the Complaint, attorney Thomas J. Lyons, Jr. subjects himself to the requirements of Rule 11.

JUL 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK