**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-421 RHK/SRN**

---

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

-vs-

Beneficial-Household Finance;
Trans Union LLC;
CSC Credit Services Inc. and
Equifax Credit Information Services,

Defendants.

**STIPULATION TO FILE AND SERVE A SECOND AMENDED COMPLAINT** AND ORDER

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and their attorney and by Defendants Beneficial-Household Finance, Trans Union LLC, CSC Credit Services Inc. and Equifax Credit Information Services and their attorneys that the Second Amended Complaint with exhibits attached hereto may be filed and served.

**ATTORNEY FOR PLAINTIFF**

By:______________________________

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons, Sr., Esq.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR DEFENDANT BENEFICIAL**

By:______________________________

**ZELLE, HOFMANN, MASON & GETTE**
Lawrence T. Hofmann
Attorney I.D. #: 45998
Tricia Whitehall
Attorney I.D. #: 280203
4400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-339-2020

Dated:______________________________



FILED AUG 0 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated:______________________________

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By: 6/19/01

**SHAPIRO PROFESSIONAL ASSOCIATION**
Ms. Susan Holappa, Esq.
Atty #: 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716

**PIPER, MARBURY, RUDNICK & WOLFE**
Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
Mr. Daniel Halverson
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated:__________________________

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**

By: ________________________________

**KILPATRICK & STOCKTON, LLP**
Lewis P. Perling, Esq.
GA Attorney I.D. #: #: 572379
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax: 404-815-6555

James Speckmann, Esq.
MN Attorney I.D. # 10386x
400 Executive Office Center
2785 White Bear Avenue
Maplewood, MN 55109
651-777-8141
Fax: 651-773-5145

Dated:______________________________

**ATTORNEYS FOR DEFENDANT CSC**

By: ________________________________

**FAEGRE & BENSON LLP**
Charles Webber, Esq.
Attorney I.D. #: 215247
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax: 612-766-1600

Dated:______________________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-421 RHK/SRN**

---

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

-vs-

**STIPULATION TO FILE AND SERVE A SECOND AMENDED COMPLAINT**

Beneficial-Household Finance;
Trans Union LLC;
CSC Credit Services Inc. and
Equifax Credit Information Services,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and their attorney and by Defendants Beneficial-Household Finance, Trans Union LLC, CSC Credit Services Inc. and Equifax Credit Information Services and their attorneys that the Second Amended Complaint with exhibits attached hereto may be filed and served.

**ATTORNEY FOR PLAINTIFF**

By: ______________________

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons, Sr., Esq.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR DEFENDANT BENEFICIAL**

By: Lawrence T Hof

**ZELLE, HOFMANN, MASON & GETTE**
Lawrence T. Hofmann
Attorney I.D. #: 45998
Tricia Whitehall
Attorney I.D. #: 280203
4400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-339-2020

Dated: Jun 30, 2001

Dated:__________________________

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By: [signature]

**SHAPIRO PROFESSIONAL ASSOCIATION**
Ms. Susan Holappa, Esq.
Atty #: 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716

**PIPER, MARBURY, RUDNICK & WOLFE**
Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
Mr. Daniel Halverson
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated: July 11, 2001

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**

By: __________________________

**KILPATRICK & STOCKTON, LLP**
Lewis P. Perling, Esq.
GA Attorney I.D. #: #: 572379
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax: 404-815-6555

**MURNANE, CONLIN, WHITE & BRANDT**
Robert W. Murnane, Esq.
MN Atty. #: #76338
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
Telephone: (651) 227-9411

Dated:__________________________

**ATTORNEYS FOR DEFENDANT CSC**

By: __________________________

**FAEGRE & BENSON LLP**
Charles Webber, Esq.
Attorney I.D. #: 215247
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax: 612-766-1600

Dated:__________________________

Dated:____________________________

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By:____________________________

**SHAPIRO PROFESSIONAL ASSOCIATION**
Ms. Susan Holappa, Esq.
Atty #: 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716

**PIPER, MARBURY, RUDNICK & WOLFE**
Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
Mr. Daniel Halverson
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated:____________________________

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**

By: ____________________________

**KILPATRICK & STOCKTON, LLP**
Lewis P. Perling, Esq.
GA Attorney I.D. #: #: 572379
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax: 404-815-6555

**MURNANE, CONLIN, WHITE & BRANDT**
Robert W. Murnane, Esq.
MN Atty. #: #76338
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
Telephone: (651) 227-9411

Dated:____________________________

**ATTORNEYS FOR DEFENDANT CSC**

By: ____________________________
**FAEGRE & BENSON LLP**
Charles Webber, Esq.
Attorney I.D. #: 215247
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax: 612-766-1600

Dated: 8/1/01

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By:______________________________

**SHAPIRO PROFESSIONAL ASSOCIATION**
Ms. Susan Holappa, Esq.
Atty #: 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716

**PIPER, MARBURY, RUDNICK & WOLFE**
Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
Mr. Daniel Halverson
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated: __________________

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**

By: ______________________________

**Kilpatrick & Stockton, LLP**
Lewis P. Perling, Esq.
GA Attorney I.D. #: #: 572379
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax: 404-815-6555

**Murnane, Conlin, White & Brandt**
Robert W. Murnane, Esq.
MN Atty. #: #76338
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101
Telephone: (651) 227-9411

Dated:__________________

**ATTORNEYS FOR DEFENDANT CSC**

By: ______________________________
**FAEGRE & BENSON LLP**
Charles Webber, Esq.
Attorney I.D. #: 215247
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-766-7000
Fax: 612-766-1600

Dated: __________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-421 RHK/SRN**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

-vs-

~~PROPOSED~~ **ORDER**

Beneficial-Household Finance;
Trans Union LLC;
CSC Credit Services Inc. and
Equifax Credit Information Services,

Defendants.

---

Based on the above Stipulation to File and Serve Second Amended Complaint, this Court hereby orders the Second Amended Complaint with exhibits attached in the above-named matter be filed and served upon Defendants within 10 days of receipt of this order. Additionally, as only the name of Defendant Beneficial-Household has been altered to reflect the correct legal name of this Defendant, namely Beneficial Loan & Thrift, and no other changes have been made to the Second Amended Complaint, Plaintiffs will **NOT** require that Defendants file and serve Answers to the Second Amended Complaint pursuant to FRCP 12 where an Answer to Plaintiffs' Amended Complaint has already been filed and served.

Dated: August 3, 2001

Magistrate Judge Susan R. Nelson
Susan Richard Nelson
United States District Court

#470469

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500