IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 01-CV-421 RHK/SRN

---

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

-vs-

Beneficial-Household;,
Trans Union LLC;
CSC Credit Services, Inc.;
And
Equifax Credit Information Services,

Defendants.

& Order

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff against defendant Equifax Credit Information Services, Inc. ("Equifax") only are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiffs under their Complaint against Equifax has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

MAR
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 13th day of March, 2002.

CHERYL ZIEMER AND
WILLIAM ZIEMER JR.

By: for Thomas J. Lyons, Jr., Esq.
Consumer Justice Center, P.A.
Suite A, 1560 Beam Avenue
St. Paul, MN 55109
(651) 770-9707

EQUIFAX CREDIT
INFORMATION SERVICES, INC.

By:
Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500

ORDER

CONSIDERING the foregoing joint motion;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, CHERYL ZIEMER AND WILLIAM ZIEMER, JR. against defendant, EQUIFAX CREDIT INFORMATION SERVICES, INC., and the captioned matter, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 19th day of March, 2002.

UNITED STATES DISTRICT COURT JUDGE