**UNITED STATED DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Cheryl Ziemer and William Ziemer, Jr.

Plaintiffs,

v.

Beneficial-Household; Trans Union LLC; CSC Credit Services, Inc.; and Equifax Credit Information Services,

Defendants.

CASE TYPE: CIVIL

File No. 01-CV-421 RHK/SRN

ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by and between counsel for all of the parties hereto and subject to the approval of the Court, as follows:

1. All causes of action brought or which could have been brought by the parties hereto in the above-captioned matter shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a) and stipulation of the parties.

2. Each party shall bear its own costs and attorneys' fees.

**STIPULATED AND AGREED TO** this 13th day of March, 2002.

Thomas J. Lyons, Jr. (#249646)
**CONSUMER JUSTICE CENTER, P.A.**
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFFS**

Lawrence T. Hofmann (#45998)
Tricia M. Whitehill (# 280203)
**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
4400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 339-2020

**ATTORNEYS FOR DEFENDANT BENEFICIAL LOAN AND THRIFT COMPANY**

FILED MAR 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SO ORDERED:**

Dated: 3/20/02

The Honorable Richard H. Kyle
Judge of the District Court of Minnesota

249002.1