**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-421 RHK/SRN**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

vs-

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Beneficial Loan & Thrift;
Trans Union LLC;
CSC Credit Services Inc. and
Equifax Credit Information Services,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs, and their attorney, and Defendant CSC Credit Services Inc., and its attorneys, that Plaintiffs' claims against Defendant CSC Credit Services Inc., shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEY FOR PLAINTIFF**

By: ______________________

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons, Sr., Esq.
342 East County Road D
Little Canada, MN 55117

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
342 East County Road D
Little Canada, MN 55117

Dated: 5/8/02

**ATTORNEYS FOR DEFENDANT CSC CREDIT SERVICES INC.**

By: ______________________

**FAEGRE & BENSON LLP**
Charles Webber, Esq.
Lianne Knych, Esq.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Dated: 5/15/02

MAY 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-421 RHK/SRN**

---

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

- vs - **ORDER**

Beneficial Loan & Thrift;
Trans Union LLC;
CSC Credit Services Inc. and
Equifax Credit Information Services,

Defendants.

---

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' claims against Defendant CSC Credit Services Inc.., shall be, and herewith are, dismissed with prejudice.

Dated: 5/20/02

Richard H. Kyle, Judge
United States District Court

FILED MAY 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______