**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-421 RHK/SRN**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

vs-

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Beneficial Loan & Thrift;
Trans Union LLC;
CSC Credit Services Inc. and
Equifax Credit Information Services,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs, and their attorney, and Defendant Trans Union LLC, and its attorneys, that Plaintiffs' claims against Defendant Trans Union LLC, shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEY FOR PLAINTIFF**

By: ______________________

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons, Sr., Esq.
342 East County Road D
Little Canada, MN 55117

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
342 East County Road D
Little Canada, MN 55117

Dated: 8/15/02

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By: Kathleen K. Statler

**SHAPIRO PROFESSIONAL ASSOCIATION**
Kathleen Statler, Esq.
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 763-542-1716

**PIPER, MARBURY, RUDNICK & WOLFE**
Monica L. Thompson, Esq.
Mr. Daniel Halverson, Esq.
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated: 8/19/02

FILED AUG 2_ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-421 RHK/SRN**

Cheryl Ziemer and William Ziemer, Jr.,

Plaintiffs,

- vs -

**ORDER**

Beneficial Loan & Thrift;
Trans Union LLC;
CSC Credit Services Inc. and
Equifax Credit Information Services,

Defendants.

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' claims against Defendant Trans Union LLC, shall be, and herewith are, dismissed with prejudice.

Dated: 8/20/02

Richard H. Kyle, Judge
United States District Court

FILED AUG 2 0 2002
RICHARD D. SLETTEN, CL...
JUDGMENT ENTD.
DEPUTY CLERK